COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  Fahed Mohammad Khan v. The State of Texas

Appellate case number: 01-18-00327-CR

Trial court case number: 1467228

Trial court:     208th District Court of Harris County

   Appellant, Fahed Mohammad Khan, has filed a "Motion to Substitute Counsel," by which Carmen Roe seeks "to substitute [for] current counsel, **STEVEN ROSEN** as counsel of record for Appellant." Counsel represents that she "was recently retained by Appellant," who "has requested this substitution"; "[o]n May 1, 2018 former counsel filed a motion to withdraw as counsel of record that is pending before this Court"; and "this motion has been sent in writing to [appellant]." However, John T. Kovach signed the notice of appeal on appellant's behalf, and appellant's motion to substitute does not indicate that Mr. Kovach or Mr. Rosen requests to withdraw from representing appellant on appeal. *See* TEX. R. APP. P. 6.1, 6.5. And, neither Mr. Kovach nor Mr. Rosen have filed a motion to withdraw in this Court. Finally, the motion does not show that it was delivered to appellant "in person or mailed—both by certified and by first-class mail at his last known address." *See* TEX. R. APP. P. 6.5(b), (d). Accordingly, the motion to substitute is **denied**.

   By filing the motion to substitute, Carmen Roe has appeared as counsel of record for appellant. *See* TEX. R. APP. P. 6.2, 9.1.

   It is so ORDERED.

Judge's signature: /s/ Terry Jennings
       ☑ Acting individually  ☐ Acting for the Court

Date: May 15, 2018